**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2636**

---

ROBERT H. CLEGG,

Plaintiff - Appellant,

versus

TOGO D. WEST, Secretary of the Army,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-97-986-A)

---

Submitted: September 30, 1999        Decided: October 15, 1999

---

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert H. Clegg, Appellant Pro Se. Thomas Mercer Ray, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; Brian Christopher Corneilson, UNITED STATES ARMY, Arlington, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert H. Clegg appeals the district court's order granting summary judgment to the Defendant in his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Clegg v. West, No. CA-97-986-A (E.D. Va. Oct. 20, 1997); see also West v. Gibson, ___ U.S. ___, 67 U.S.L.W. 4462, 4465 (June 14, 1999) (No. 98-238). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2